No. 09–10097. HILL v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–10509. MAXWELL ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–10911. SEDRATI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 09–11207. DODGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11218. PRESSLEY v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 09–11285. CASTILLO-ESTEVEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11538. JACKSON v. DANBERG, COMMISSIONER, DELAWARE DEPARTMENT OF CORRECTION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–28. CHAE ET AL. v. SLM CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–47. WELLS v. FRANKLIN APARTMENTS ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–152. BROOKS-MCCOLLUM v. STATE FARM INSURANCE Co. C. A. 3d Cir. Certiorari denied.

No. 10–154. KEREAKOGLOW v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 10–162. J. Z. v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–164. ALSTON v. SUPREME COURT OF DELAWARE ET AL. Sup. Ct. Del. Certiorari denied.

No. 10–166. STANLEY v. GRATE, JUDGE, CIRCUIT COURT OF MISSOURI, JACKSON COUNTY, ET AL. C. A. 8th Cir. Certiorari denied.